### CASTLIN v. THE STATE.

GRICE, Justice. The plaintiff in error made a motion for new trial which contained only the usual general grounds. Upon a careful reading of the evidence, this court is of the opinion that it supported the verdict, and the judgment of the lower court refusing a new trial is affirmed.

*Judgment affirmed. All the Justices concur.*

No. 12617. JANUARY 11, 1939.

*M. G. Hicks,* for plaintiff in error.

*M. J. Yeomans, attorney-general, J. Ralph Rosser, solicitor-general, Ellis G. Arnall, E. J. Clower,* and *J. Sante Crawford,* contra.